SARAH A. PARR, Appellant, *v.* LUCINDA ALEXANDER et al., Respondents.

*Parr* v. *Alexander*, 134 App. Div. 990, affirmed.
(Argued February 14, 1911; decided February 28, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 29, 1909, affirming a judgment in favor of defendants entered upon a verdict directed by the court in an action to determine the validity of the will of John G. Crawford, deceased.

*W. J. McClusky* and *S. E. McClusky* for appellant.

*Clarence S. Ferris* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and COLLIN, JJ.   Absent: HAIGHT, J.